**EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No. 1:05-cv-11934 (DPW) |

**ORDER GRANTING PLAINTIFF'S MOTION
TO IMPOUND CONFIDENTIAL MATERIAL**

Having fully considered Plaintiff's Motion for Impoundment of Confidential Material, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.


Dated:_____, 2009              _____
                                    The Honorable Douglas P. Woodlock