UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No. 1:05-cv-11934 (DPW) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the Supplemental Affidavit of Patricia A. Bloodgood in Support of Plaintiff's Motion to Compel Production of Documents Improperly Claimed as Privileged has have been manually filed under seal pursuant to the Stipulation and Order for the Production and Exchange of Confidential Information [Doc. #86], entered by the Court on September 30, 2008. Paper copies of the documents are maintained in the Clerk's Office.

Dated: July 2, 2009

Respectfully submitted,

**ZIMMERMAN REED, P.L.L.P.**

s/ Patricia A. Bloodgood
Carolyn G. Anderson, *Pro Hac Vice*
Anne T. Regan, *Pro Hac Vice*
Kirsten D. Hedberg, *Pro Hac Vice*
Patricia A. Bloodgood, *Pro Hac Vice*
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: 612.341.0400
Fax: 612.341.0844

*Lead Counsel for Plaintiff*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Thomas M. Sobol, #471770
David S. Nalven, #547220
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: 617.482.3700
Fax: 617.482.3003

*Liaison Counsel for Plaintiff*

- 2 -

**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
Gregg M. Fishbein. *Pro Hac Vice*
Nathan D. Prosser, *Pro Hac Vice*
100 Washington Ave. So., Suite 2200
Minneapolis, MN 55401
Tel: 612.339.6900
Fax: 612.339.0981

**MOORE LAW FIRM**
Mike Moore, Esq.
P.O. Box 321048
Flowood, MS 39232-1048
Tel: 601.933.0070
Fax: 601.933.0071

**LAW OFFICES OF JAMES E. O'NEIL**
James E. O'Neil, Mass. #379365
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
Tel: 401.667.7111
Fax: 401.667.7112

- 3 -

**CERTIFICATE OF SERVICE**

I, Patricia A. Bloodgood, hereby certify that on July 2, 2009, I caused the NOTICE OF FILING WITH CLERK'S OFFICE to be filed through the ECF system, and that copies of this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

I further certify that on July 2, 2009, I caused copies of the Filed Under Seal Affidavit referenced above to be served on the following attorneys for defendants via Federal Express overnight delivery:

| | |
|---|---|
| John Gueli, Esq. | William H. Paine, Esq. |
| Shearman & Sterling, LLP | Wilmer Cutler Pickering Hale and Dorr, LLP |
| 599 Lexington Avenue | 60 State Street |
| New York, NY 10022 | Boston, MA 02109 |

Dated: July 2, 2009

Patricia A. Bloodgood
Patricia A. Bloodgood