UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE BOSTON SCIENTIFIC CORPORATION SECURITIES LITIGATION | Master File No. 1:05-cv-11934 (DPW) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the following exhibits to Plaintiffs' Assented to Motion for Leave to File a Corrected Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment have been manually filed under seal pursuant to the Stipulation and Order for the Production and Exchange of Confidential Information [Doc. #86], entered by the Court on September 30, 2008. Paper copies of the documents are maintained in the Clerk's Office.

- Exhibit 1 to Plaintiffs' Assented to Motion for Leave to File a Corrected Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment: [PROPOSED] PLAINTIFFS' CORRECTED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

- Exhibit 2 to Plaintiffs' Assented to Motion for Leave to File a Corrected Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment: EXCERPTS OF THE TABLE OF AUTHORITIES AND A TRACKED CHANGES VERSION OF PAGE 36 OF [PROPOSED] PLAINTIFFS' CORRECTED MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Dated: March 12, 2010

Respectfully submitted,

**ZIMMERMAN REED, P.L.L.P.**

s/ Anne T. Regan
Carolyn G. Anderson, *Pro Hac Vice*
Anne T. Regan, *Pro Hac Vice*
Patricia A. Bloodgood, *Pro Hac Vice*
Kirsten D. Hedberg, *Pro Hac Vice*
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Tel: 612.341.0400
Fax: 612.341.0844

*Lead Counsel for Plaintiff and the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Thomas M. Sobol, #471770
David S. Nalven, #547220
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel: 617.482.3700
Fax: 617.482.3003

*Liaison Counsel for Plaintiff and the Class*

**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
Gregg M. Fishbein, *Pro Hac Vice*
Nathan D. Prosser, *Pro Hac Vice*
100 Washington Ave. So., Suite 2200
Minneapolis, MN 55401
Tel: 612.339.6900
Fax: 612.339.0981

**MOORE LAW FIRM**
Mike Moore, Esq.
P.O. Box 321048
Flowood, MS 39232-1048
Tel: 601.933.0070
Fax: 601.933.0071

**LAW OFFICES OF JAMES E. O'NEIL**
James E. O'Neil, Mass. #379365
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
Tel: 401.667.7111
Fax: 401.667.7112

## CERTIFICATE OF SERVICE

I, Anne T. Regan, hereby certify that on March 12, 2010, I caused the NOTICE OF FILING WITH CLERK'S OFFICE to be filed through the ECF system, and that copies of this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

I further certify that I caused copies of Exhibits 1 and 2 referenced above to be served on the following attorneys for Defendants via electronic mail and overnight Federal Express on March 12, 2010:

| | |
|---|---|
| John Gueli, Esq. | William H. Paine, Esq. |
| Shearman & Sterling, LLP | Wilmer Cutler Pickering Hale and Dorr, LLP |
| 599 Lexington Avenue | 60 State Street |
| New York, NY 10022 | Boston, MA 02109 |

Dated: March 12, 2010

s/ Anne T. Regan
Anne T. Regan